UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-24042-CIV-KING/MCALILEY

ARRIVALSTAR S.A. and MELVINO
TECHNOLOGIES LIMITED,

    Plaintiffs,

v.

MCKESSON CORPORATION,

    Defendant.
_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court on Plaintiffs' Notice of Voluntary Dismissal with Prejudice (D.E. #5) filed December 17, 2012, advising the Court that the Plaintiffs voluntarily dismiss all claims against Defendant in the above-styled case. Accordingly, after a careful review of the record and the court being otherwise fully advised in the premises, it is

ORDERED, ADJUDGED and DECREED as follows:

1. The above-styled case is hereby DISMISSED WITH PREJUDICE, with all parties to bear their own costs and attorneys' fees.

2. All unresolved pending motions in this case are hereby DENIED as moot.

3. The Clerk shall CLOSE this case.

DONE AND ORDERED in chambers at the James Lawrence King Federal Justice

Building and United States Courthouse, Miami, Florida, this 18th day of December, 2012.

                                                  JAMES LAWRENCE KING  
                                                  UNITED STATES DISTRICT JUDGE

cc: ***Counsel for Plaintiffs:***  
      William R. McMahon, Esq.  
      MCMAHON LAW FIRM, LLC  
      11435 West Palmetto Park Road  
      Suite E  
      Boca Raton, FL 33428